MAX BRAUN, Respondent, v. ARMOUR & COMPANY, Appellant.*— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of a copy of the order entered herein upon such payment. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

JOHN V. BRUNTON, JR., Respondent, v. GEORGE BORGEL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

OBED S. CARR, SR., as Administrator of the Estate of HAROLD A. CARR, Deceased, Appellant, v. ALBERT H. LE BLANC and Others, Defendants, and FLOWER LIGHTERAGE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JAMES CESIRO and MARY CESIRO, Respondents, v. THE JEWISH HOSPITAL, Appellant, and JOSEPH WEINSTEIN, Defendant.— Order dismissing action for lack of prosecution unless the plaintiffs restore and try the action at the term commencing September 30, 1929, modified by striking therefrom the words "unless the plaintiff restores and tries the above-entitled action for the September 30th, 1929, term, and tried when reached," and as so modified affirmed, with ten dollars costs and disbursements to appellant. Plaintiffs have not satisfactorily explained their neglect to prosecute this action and the discretion of the Special Term was improperly exercised. (*McGee* v. *Levy*, 215 App. Div. 720; *Regan* v. *Milliken Bros.*, 123 id. 72; *Lerman* v. *Muller*, 210 id. 860.) Young, Rich, Seeger, Carswell and Scudder, JJ., concur.

HELEN F. CONNELL, Respondent, v. CAPITOL COACH CORPORATION and SAMUEL DERIN, Appellants.— Order denying defendants' motion for change of venue affirmed, with ten dollars costs and necessary disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ANDREW J. CONNELL, Respondent, v. CAPITOL COACH CORPORATION and SAMUEL DERIN, Appellants.— Order denying defendants' motion for change of venue affirmed, with ten dollars costs and necessary disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.